

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2015

No. 04-15-00342-CV

**VILLA DIJON CONDOMINIUM ASSOCIATION, INC.** and Implicity Management
Company,
Appellants

v.

Mary **WINTERS** and Mila Cheatom,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-03926
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

On December 18, 2015, we referred this cause to mediation, set deadlines for mediation and a mediator's written report, and suspended all other appellate deadlines until February 1, 2016. On December 23, 2015, Appellees filed an unopposed motion to extend time to file Appellees' brief until February 19, 2016.

The appellate timetable was suspended; Appellees' motion is MOOT. After the mediator submits a written report as ordered, this court will issue an order addressing the appellate timetable.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2015.

Keith E. Hottle
Clerk of Court